# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RONDELL VEAL, | : | |
| --- | --- | --- |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN HEARING AID | : | |
| ASSOCIATES, INC., | : | No. 17-1738 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **30th** day of **July**, **2018**, upon consideration of Defendant's Motion for Summary Judgment, Plaintiff's Opposition thereto, and Defendant's Reply thereon, and for the reasons stated in the Court's Memorandum dated July 30, 2018, it is hereby **ORDERED** that:

1. The motion (Document No. 20) is **GRANTED**.

2. The Clerk of Court is directed to close this case.

BY THE COURT:

**Berle M. Schiller, J.**